## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| John A. Krichbaum, | ) | Bankruptcy No. 19-14213 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| Debtor. | ) | |

## NOTICE OF MOTION

**To:** Standing Trustee Marilyn O. Marshall, 224 S. Michigan, Suite 800, Chicago, IL 60604 *
United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604 *

*See attached service list of all creditors, all of which were served via first-class mail*

PLEASE TAKE NOTICE that on **Thursday, September 5, 2019 at 9:30 a.m.,** we will appear before the Honorable Timothy A. Barnes, or such other Judge as may be presiding in that Judge's stead, at the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, IL 60604, in Courtroom 744, and present our **MOTION TO MODIFY PLAN,** a copy of which is attached hereto and served upon you herewith.

Date: August 13, 2019     By:     /s/ Justin R. Storer
                                   Justin R. Storer (ARDC # 6293889)
                                   Lakelaw
                                   53 W. Jackson Boulevard, Suite 1115
                                   Chicago, IL 60604

## CERTIFICATE OF SERVICE

On August 13, 2019, the undersigned certifies that on this date, he caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Chicago, Illinois. Those marked with an * were served via the Court's ECF System.

                                   /s/ Justin R. Storer

```
Label Matrix for local noticing      BMW Bank of North America c/o AIS Portfolio   The Bank of New York Mellon, F/K/A The Bank
0752-1                               4515 N Santa Fe Ave. Dept. APS                c/o Codilis & Associates, P.C
Case 19-14213                        Oklahoma City, OK 73118-7901                  15W030 North Frontage Road
Northern District of Illinois                                                      Suite 100
Eastern Division                                                                   Burr Ridge, IL 60527-6921
Tue Aug 13 14:12:30 CDT 2019

U.S. Bankruptcy Court                ARS National Services                         American Express
Eastern Division                     PO Box 469046                                 Box 0001
219 S Dearborn                       Escondido, CA 92046-9046                      Los Angeles, CA 90096-0001
7th Floor
Chicago, IL 60604-1702

American Express National Bank, AENB BMW Bank of North America                     BMW Bank of North America
c/o Zwicker & Associates, P.C.       AIS Portfolio Services, LP                    PO Box 23356
80 Minuteman Road                    4515 N Santa Fe Ave. Dept. APS                Pittsburgh PA 15222-6356
P.O. Box 9043                        Oklahoma City, OK 73118-7901
Andover, MA 01810-0943

BMW Card Services                    (p)BMW FINANCIAL SERVICES                     Bank of America
PO Box 660545                        CUSTOMER SERVICE CENTER                       PO Box 851001
Dallas, TX 75266-0545                PO BOX 3608                                   Dallas, TX 75285-1001
                                     DUBLIN OH 43016-0306

CB Sears                             Carrington Mortgage Services                  Chase Card Services
PO Box 6077                          PO Box 5001                                   PO Box 15123
Sioux Falls, SD 57117-6077           Westfield, IN 46074-5001                      Wilmington, DE 19850-5123

Discover Bank                        Discover Card                                 ECMC
Discover Products Inc                PO Box 6103                                   PO Box 64909
PO Box 3025                          Carol Stream, IL 60197-6103                   Saint Paul, MN 55164-0909
New Albany, OH  43054-3025

First Source Advantage, LLC          Internal Revenue Service                      JPMorgan Chase Bank, N.A.
200 Bryant Woods South               PO Box 7346                                   s/b/m/t Chase Bank USA, N.A.
Amherst, NY 14228                    Philadelphia, PA 19101-7346                   c/o Robertson, Anschutz & Schneid, P.L.
                                                                                   6409 Congress Avenue, Suite 100
                                                                                   Boca Raton, FL 33487-2853

Jeanne Kirschbaum                    Loyola University Health Systems              (p)NATIONWIDE CREDIT AND COLLECTION  INC
5422 Wolf Road                       PO Box 3021                                   ATTN BOB BECK
Western Springs, IL 60558-1852       Milwaukee, WI 53201-3021                      815 COMMERCE DR
                                                                                   SUITE - 270
                                                                                   OAK BROOK IL 60523-8852

Nelnet Student Loan Servicing        Nelnet on behalf of College Assist            On Deck Capital, Inc.
PO Box 82561                         College Assist                                c/o Christine Levi
Lincoln, NE 68501-2561               PO Box 16358                                  101 West Colfax Ave., 10th Floor
                                     St. Paul, MN 55116-0358                       Denver, CO 80202-5167

(p)PORTFOLIO RECOVERY ASSOCIATES LLC The Bank of New York Mellon, F/K/A The Bank   (p)US BANK
PO BOX 41067                         Carrington Mortgage Services LLC              PO BOX 5229
NORFOLK VA 23541-1067                1600 South Douglass Road                      CINCINNATI OH 45201-5229
                                     Anaheim, CA 92806-5948
```

Zwicker & Associates, P.C.
80 Minutemen Road
Andover, MA 01810-1008

Zwicker & Associates.
7366 N. Lincoln, #102
Lincolnwood, IL 60712-1738

John A. Krichbaum
3147 Raymond Ave.
Brookfield, IL 60513-1245

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| John A. Krichbaum, | ) | Bankruptcy No. 19-14213 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| Debtor. | ) | |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, John A. Krichbaum, by and through his attorneys at Lakelaw, and now presenting his MOTION TO MODIFY PLAN pursuant to 11 U.S.C. §§ 1329(a), and respectfully stating the following:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

**FACTUAL AND PROCEDURAL BACKGROUND**

4. Debtors filed a voluntary chapter 13 petition on May 17, 2019.

5. After various proceedings, his amended plan, filed July 19, 2019, was confirmed by the Court on July 25, 2019.

6. His plan, as confirmed, provided for monthly payments to the standing Trustee sufficient to guarantee a 23.4% dividend to the Debtors' allowed general unsecured creditors, and an estimated $8,500.00 to the Debtor's prebankruptcy mortgage arrearages.

7. The afternoon prior to the July 25, 2019 confirmation hearing, The Bank of New York Mellon, f/k/a the Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-13 (also known as "Carrington Mortgage Services, LLC") filed its proof of claim, asserting a default in the amount of $17,042.08, not the $8,500.00 that the Debtor had estimated.

8. As the national form plan provides that the proof of claim governs, it is necessary to bring this motion to modify the Debtor's plan, to reduce the guaranteed dividend to his general unsecured creditors to 18.4%, from the current 23.4%, so that the plan will complete within 60 months.

### RELIEF REQUESTED

9. The Debtor requests this Court enter an order modifying his plan to guarantee that allowed nonpriority unsecured claims will be paid 18.4% of the total amount of their claims.

### BASIS FOR RELIEF REQUESTED

10. Under § 1329(a)(1) of the Bankruptcy Code, after the confirmation of the plan but before the completion of payments under such plan, the plan may be modified to increase or reduce the amount of payments on claims of a particular class.

11. Owing to § 1329(b)(1), the "liquidation analysis" of 11 U.S.C. § 1325(a)(4) must still be satisfied in this modification to the plan. This remains satisfied, as detailed below:

    a. There is only one asset of moment in this case; real property. The Debtor's sworn schedule A values the property at issue at $429,900. This valuation has not been contested. The Debtor does not assert a homestead exemption in this property.

b.    A hypothetical chapter 7 Trustee liquidating the property would first incur costs of sale, of approximately 10% of the value. After this, there would be approximately $386,910 available for other distributions.

c.    The hypothetical chapter 7 Trustee would then pay off Carrington Mortgage Service's claim, of $236,375.30. After this, there would be approximately $150,524.70 available for other distributions.

d.    The hypothetical chapter 7 Trustee would then distribute one half of the available proceeds to the Debtor's nonbankrupt spouse, leaving $75,267.35 available for other distributions.

e.    In one fell swoop, finally, the hypothetical chapter 7 Trustee would pay the Debtor's priority tax debt (currently estimated at $3,679.12, though no claim has been filed as of this writing), the Trustee's own attorney's fees and commission under 11 U.S.C. § 326, and make payment as to the Debtor's general unsecured creditors.

f.    Trustee's attorneys' fees and costs can be safely estimated at $2,000.00. The filing fee alone for bringing the Trustee's § 363(h) adversary is $350.00.

g.    When calculating that § 326 commission, the Trustee would be entitled to take his shares as to all of the above expenditures, as well as his payment to the priority taxes and general unsecured creditors: The Trustee would be distributing all $429,900 to parties in interest. As such, applying the formula at 326, the hypothetical chapter 7 Trustee would be entitled to commission of $24,745. That is, 25% of the first $5,000.00 distributed ($1,250), 10% of the next $45,000 ($4,500), and 5% of the remaining $379,900 ($18,995).

      h.      So: From the $75,267.35 available back in paragraph (d), the Trustee would pay $3,679.12 in priority debt, $2,000 in attorney's fees and costs, and $24,745 in the Trustee's commission.

      i.      As such, in a hypothetical chapter 7 liquidation, Mr. Krichbaum's priority tax debt would be paid in full, and his general unsecured creditors would be paid approximately $44,843.23.

      j.      Mr. Krichbaum's general unsecured claims total $243,799.30. (One claim, 9-1 of BMW Bank of North America, is properly considered general unsecured, and is being addressed separately.)

      k.      Lowering the dividend to general unsecured creditors to 18.4% would satisfy the liquidation analysis.

## **NOTICE**

12.    No less than 21 days' notice of this Motion has been provided all creditors.

WHEREFORE the Debtors requests that this Court enter an order modifying his plan to lower the guaranteed dividend to allowed general unsecured claims to 18.4%, and issuing any other relief that this Court deems just and proper.

                                           **John Krichbaum**

                           By:    */s/ Justin R. Storer*
                                     Justin R. Storer

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604
312.662.5757