UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-14213
John A. Krichbaum  )
  )  Chapter: 13
  )  Honorable Timothy Barnes
  )
  )
Debtor(s)  )

## ORDER MODIFYING CONFIRMED PLAN

This matter, coming to be heard on the Debtor's Motion, this Court having jurisdiction and due notice being given, this Court orders that the guaranteed minimum dividend to the Debtor's allowed general unsecured claims in the Debtor's confirmed plan is reduced to 18.4%.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 21, 2019

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604