UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-14213
John Krichbaum )
 )  Chapter: 13
 )  Honorable Timothy Barnes
 )
 )
Debtor(s) )

### ORDER SUSTAINING OBJECTION TO CLAIM 9-2

This matter coming to be heard on the Debtor's objection, this court having jurisdiction and due notice having been given, this court orders that the objection is sustained as set forth herein and claim 9-2, of BMW Bank of North America, is allowed, but only as a general unsecured claim in the amount of $1,504.18.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 23, 2020

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604