UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| In Re: | ) | BK No.: 19-14213 |
|---|---|---|
| John A. Krichbaum | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY

THIS MATTER COMING TO BE HEARD on the Motion filed by THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York, to modify the automatic stay and co-debtor stay as to Jeanne T. Krichbaum, due notice having been given and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the automatic stay is modified so as not to restrain THE BANK OF NEW YORK MELLON from pursuing nonbankruptcy, in rem remedies as to the property commonly known as 5422 Wolf Rd, Western Springs, IL 60558-1852.

IT IS FURTHER ORDERED that the co-debtor stay is modified so as not to restrain THE BANK OF NEW YORK MELLON from pursuing remedies as to co-debtor Jeanne T. Krichbaum.

IT IS FURTHER ORDERED that no further payments are to be disbursed to THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York on its secured claim.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: January 20, 2022

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File No. 14-19-05044