**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 13 |
| **John Krichbaum,** | Bankruptcy No. 19-14213 |
| Debtor. | Honorable Timothy A. Barnes |

**NOTICE OF MOTION**

**TO: See attached list**

**Please take notice** that, on **March 2, 2023, at 10:00 a.m.**, I will appear before the Honorable Timothy A. Barnes, or any other judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion of John Krichbaum to modify his chapter 13 plan.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: February 9, 2023                    By: <u>Justin R. Storer</u>

## CERTIFICATE OF SERVICE

I, Justin R. Storer, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on February 9, 2023, at 5:00 p.m.

/s/ Justin R. Storer

## SERVICE LIST

Service via CM/ECF notification:

**Peter Bastianen**            bkpleadingsNORTHERN@il.cslegal.com

**Marilyn O. Marshall**        courtdocs@chi13.com

**Patrick S. Layng**           USTPRegion11.ES.ECF@usdoj.gov


Service via first class mail, postage prepaid:

*See attached service list following*

| | | |
|---|---|---|
| | BMW Bank of North America<br>PO Box 9488<br>Salt Lake City, UT 84109-0488 | BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| LVNV Funding LLC<br>%Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | The Bank of New York Mellon, F/K/A The Bank<br>c/o Codilis & Associates, P.C<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | |
| ARS National Services<br>PO Box 469046<br>Escondido, CA 92046-9046 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | American Express National Bank, AENB<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| BMW Bank of North America<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Card Services<br>PO Box 660545<br>Dallas, TX 75266-0545 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | CB Sears<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | Carrington Mortgage Services<br>PO Box 5001<br>Westfield, IN 46074-5001 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103 |
| ECMC<br>PO Box 64909<br>Saint Paul, MN 55164-0909 | First Source Advantage, LLC<br>200 Bryant Woods South<br>Amherst, NY 14228 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jeanne Kirschbaum<br>5422 Wolf Road<br>Western Springs, IL 60558-1852 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 |
| Loyola University Health Systems<br>PO Box 3021<br>Milwaukee, WI 53201-3021 | (p)NATIONWIDE CREDIT AND COLLECTION  INC<br>ATTN BOB BECK<br>815 COMMERCE DR<br>SUITE - 270<br>OAK BROOK IL 60523-8852 | Nelnet Student Loan Servicing<br>PO Box 82561<br>Lincoln, NE 68501-2561 |
| Nelnet on behalf of College Assist<br>College Assist<br>PO Box 16358<br>St. Paul, MN 55116-0358 | On Deck Capital, Inc.<br>c/o Christine Levi<br>101 West Colfax Ave., 10th Floor<br>Denver, CO 80202-5183 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
The Bank of New York Mellon, F/K/A The Bank      (p)US BANK                              Zwicker & Associates, P.C.
Carrington Mortgage Services LLC                 PO BOX 5229                             80 Minutemen Road
1600 South Douglass Road                         CINCINNATI OH 45201-5229                Andover, MA 01810-1008
Anaheim, CA 92806-5948


Zwicker & Associates.                                                                    John A. Krichbaum
7366 N. Lincoln, #102                                                                    3147 Raymond Ave.
Lincolnwood, IL 60712-1738                                                               Brookfield, IL 60513-1245
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **John Krichbaum,** | Bankruptcy No. 19-14213 |
| Debtor. | Honorable Timothy A. Barnes |

## DEBTOR'S MOTION TO MODIFY PLAN

Though he has performed admirably under his plan for over three and a half years, John Krichbaum ("the Debtor") has recently seen his resources stretched past their limit. He, unfortunately, had to help one of his sons financially, as his son was going through a divorce and litigating custody issues. During this time period – as the Trustee's recent "Motion to Dismiss for Failure to Make Plan Payments" makes clear – the Debtor paid what he could, but ultimately ended up in arrears.

That he may complete payments under his plan, the Debtor seeks to modify his plan to (a) defer his arrearage to in plan payments, and (b) increase his plan payments, going forward, to $1,700.00 per month.

This modification will result in allowed general unsecured creditors receiving the dividend guaranteed to them by the Debtor's confirmed plan.

## JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2.  Venue of the above-captioned case (the "*Case*") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

## PROCEDURAL HISTORY

4.  On May 17, 2019, the Debtor commenced the above-captioned case by filing a petition for relief under chapter 13 of the U.S. Bankruptcy Code.

5.  The Debtor's amended plan was confirmed by this Court on July 25, 2019.

6.  The Debtor's confirmed plan provided for the debtor to pay $650.00 per month for four months, followed by $1,225.00 per month for 56 months, curing a small measure of mortgage arrearages, paying priority claims, and guaranteeing a 23.4% dividend – an estimated $53,461.17 – to allowed general unsecured claims. Subsequently, on November 22, 2019, this Court modified the confirmed plan to reduce the guaranteed dividend to 18.4%

7.  On January 10, 2023, the standing trustee filed a "Motion to Dismiss for Failure to Make Plan Payments" (doc. 41). The payment history in that Motion – copied-and-pasted here – reflects full payments being made until March 21, 2022, when the Debtor became only able to make partial payments:

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/17/2022 | 8214559000 | $1,225.00 | 02/21/2022 | 8287779000 | $1,225.00 |
| 03/21/2022 | 8350033000 | $1,225.00 | 05/02/2022 | 8433605000 | $200.00 |
| 05/18/2022 | 8473229000 | $600.00 | 06/28/2022 | 8554007000 | $1,000.00 |
| 07/29/2022 | 8613422000 | $800.00 | 08/30/2022 | 8676882000 | $1,025.00 |
| 09/30/2022 | 8737578000 | $850.00 | 10/31/2022 | 8795988000 | $850.00 |
| 12/01/2022 | 8856061000 | $450.00 | 12/30/2022 | 8908732000 | $550.00 |

8.    Nonetheless, regular payments were coming in, at the rate that the Debtor was able to pay. The Debtor's efforts are self-evident.

9.    The Debtor had to fall behind on his plan payments to help his son, who was incurring legal fees attendant to a divorce – especially with reference to child custody issues. The Debtor's son's financial circumstances have improved and so his son is able to pay attorneys' fees going forward, and, it appears that the family law matter is slowly coming to a conclusion; outstanding issues may be resolved by the time this motion is presented. See attached exhibit A.

10.    To reconcile his arrearage to the Trustee, the Debtor seeks to increase his plan payment to $1,700.00 per month for the remaining duration of his case.

11.    The Debtor is able to make the higher plan payment.

12.    The Debtor's schedules of income and expenses – filed with the case – reflect an ability to pay $1,700.00.

13.    The Debtor has had no significant changes to his income or expenses; his income is slightly higher; starting this current semester, he took on a job as a legal reasoning/LSAP prep instructor at St. Xavier University; he is paid about $3,000.00 per semester. However, the cost of pantry staples, gasoline, heating fuel, and similar expenses have increased alongside.

14.    By the time this Motion is heard, the Debtor will have submitted a full $1,700.00 payment to the Trustee.

**RELIEF REQUESTED AND BASIS FOR RELIEF REQUESTED**

15. The Debtor requests that this Court enter an order modifying his plan to (a) defer his arrearages, and (b) increase his plan payments to $1,700.00 per month for the remaining duration of his case.

16. This modification is permitted and appropriate under 11 U.S.C. §§ 1329(a)(1) and (a)(2), which provide that after confirmation of the plan but before completion of payments under that plan, the plan may be modified to increase or reduce the amount of payments on claims of a particular class, or to extend or reduce the time for such payments.

17. Requests to "defer" arrearages while increasing the plan payment fall into these categories of proposed modifications. *See In re Scott*, 2017 WL 3835801 (Bankr. N.D.Ill. 2017).

**COMPLIANCE WITH THIS COURT'S RULES**

18. This Court's Procedures require that a motion to modify confirmed plan pursuant to 11 U.S.C. 1329 must (a) include amended Schedules I and J if changes in income or expenses have caused the modification sought, and (b) include an affidavit signed by the Debtor supporting the allegations in the motion.

19. The Debtor submits that (a) the default giving rise to the need to modify his plan arose from a one-off circumstance, not provided-for in the Debtor's budget, and so amended schedules are not necessary. The Debtor submits, as well, that, pursuant to 28 U.S.C. § 1748, the declaration attached hereto satisfies the

"affidavit" requirement. If, in either event, the Debtor and his counsel err, the Debtor will request leave to amend this Motion accordingly.

## NOTICE

20. At least twenty-one days' notice of this motion has been given to: (i) the standing trustee; (ii) the Debtor; (iii) all the Debtor's creditors, and (iv) any person that has requested notice in the case or that receives notices through the the CM/ECF System with respect to the case.

**WHEREFORE**, the Debtor, John Krichbaum, prays this Court enter an order deferring his arrearage and increasing his plan payment to $1,700.00 per month for the remaining duration of his case.

Dated: February 9, 2023          **John Krichbaum,**

By: */s/ Justin R. Storer*
One of His Attorneys

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 373-7226
Fax: (847) 574-8233
jstorer@wfactorlaw.com