UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-14213 |
| John Krichbaum | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING PLAN**

This matter, coming to be heard on the Debtor's motion, this Court having jurisdiction and due notice being given,

IT IS HEREBY ORDERED THAT:

1. The Debtor's arrearage in payments to the standing trustee is deferred to the end of the case.

2. The Debtor's plan payments are increased to $1,700.00 per month for the remaining duration of the case.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  March 02, 2023

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602